UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                           Case No. 8:18-cr-173-T-17AAS

JUAN LUIS LOPEZ

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), and possessing a firearm in furtherance of a violation of 21 U.S.C. § 841, a drug trafficking crime, in violation of 18 U.S.C. § 924(c), and the Court adjudged him guilty of these offenses.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following assets:

       a.      A Smith & Wesson M&P, .40 caliber pistol, serial number: HPX9060;

       b.      A Ruger P90, .45 caliber pistol, serial number: 661-99270;

       c.      A Hawk Industries Inc. H&R Pardner Pump 12 gauge shotgun, serial number: NZ534157; and

       d.      10 rounds of assorted caliber ammunition.

CASE NO. 8:18-CR-173-T-17AAS

The United States has established the required connection between the crimes of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 3rd day of December, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2