UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                Case No. 8:18-cr-173-T-17AAS

JUAN LUIS LOPEZ

## **FINAL ORDER OF FORFEITURE**

The United States moves, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Order of Forfeiture for the following assets:

    a.    A Smith & Wesson M&P, .40 caliber pistol, serial number: HPX9060;

    b.    A Ruger P90, .45 caliber pistol, serial number: 661-99270;

    c.    A Hawk Industries Inc. H&R Pardner Pump 12 gauge shotgun, serial number: NZ534157; and

    d.    10 rounds of assorted caliber ammunition.

On December 3, 2018, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 34.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government

website, www.forfeiture.gov, from December 4, 2018 through January 2, 2019. Doc. 37. The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. Other than the defendant, whose interest was previously forfeited to the United States, and Cuong Cheim (who did not file a claim), no one filed a petition or claimed an interest in the firearms and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

CASE NO 8:18-CR-173-T-17 AAS

DONE and ORDERED in Tampa, Florida, this 7th day of March, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

3